No. 875. DURANT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 876. VAN DER SCHELLING *v.* U. S. NEWS & WORLD REPORT, INC. C. A. 3d Cir. Certiorari denied. *Harry Lore* and *Philip Dorfman* for petitioner. *James H. McGlothlin* and *David B. Isbell* for respondent.

No. 877. SERAP ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *George Stone* and *Max E. Klayman* for petitioners. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *James R. Ramsey,* Assistant Attorney General, for respondent.

No. 863. GRAYSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Charles B. Evins* for petitioner.

No. 881. SITTNER, DOING BUSINESS AS SITTNER'S AUTO WRECKING, ET AL. *v.* CITY OF SEATTLE. Supreme Court of Washington. Certiorari denied. *Clarence J. Coleman* for petitioners. *A. L. Newbould* for respondent.

No. 884. TRU-LINE METAL PRODUCTS CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Robert M. Myers* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Allison W. Brown, Jr.* for respondent.